**ORDERED.**



**TIFFANY & BOSCO** P.A.    Dated: March 16, 2011

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**    _____
**TELEPHONE: (602) 255-6000**    **EILEEN W. HOLLOWELL**
**FACSIMILE: (602) 255-0192**    U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00142

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Thomas M. MacDaniels and Rachel R. MacDaniels<br>  Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>  Movant,<br>  vs.<br>Thomas M. MacDaniels and Rachel R. MacDaniels, Debtors, Dianne C. Kerns, Trustee.<br>  Respondents. | No. 4:09-bk-16533-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #43)<br><br>Hearing Date: March 10, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust dated September 5, 2006, and recorded in the records of the Pima County, Arizona Recorder's Office, wherein Thomas M. MacDaniels and Rachel R. MacDaniels, are designated as trustors and Wells Fargo Bank, N.A. is the current beneficiary, which Deed of Trust encumbers the following described real property:

Lot 396 of RANCHO DEL SOL LINDO, a subdivision of Pima County, Arizona, according to the plat of record in the of the of the Pima County Recorder in Book 25 of Maps mill Plats at page 47 thereof.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| Corporate Advance | $200.00 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $450.00 |
| Total | $800.00 |

1. The total arrearage shall be paid in six monthly installments. Payments one through six (1-6) in the amount of $100.00 shall be in addition to the regular monthly payment and shall be due on or before the 1st day of the month commencing with the April 1, 2011 payment and continuing throughout and concluding on or before September 1, 2011.

2. In addition to the payment listed in Paragraph 1, the Debtors, will make the regular post-petition payment due for March 1, 2011, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.